# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Gomez,<br><br>        Plaintiff,<br><br>        v.<br><br>International Longshore and Warehouse Union et al.<br><br>        Defendants. | 2:19-cv-09837 VAP-JCx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that the action, *David Gomez v. International Longshore and Warehouse Union et al.*, 2:19-cv-09837-VAP-JCx, is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 11/30/20

Virginia A. Phillips
United States District Judge